# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08cv27

| | |
|---|---|
| EVERETT JACKSON AMBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SPECIALIZED BICYCLE COMPONENTS, ) | |
| INC.; MARZOCCHI, S.p.A.; and ) | |
| MARZOCCHI USA, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on periodic compliance review. Review of the court's docket reveals that some of the attorneys involved in this matter have not heeded a notice issued by the Clerk of this court concerning ECF and the filing of motions *pro hac vice*.

> Notice to Wayne Dempsey, Jr., Michael Goldman, Jeffrey Harris, Stephen G. Lowry, Stevan Miller, Scott Patterson and Darren Penn: Pursuant to Local Rule 83.1 you are required to Register for ECF at www.ncwd.uscourts.gov, and . . . file a motion for appearance pro hac vice. (bsw) (Entered: 09/30/2008)

Docket Entry of September 30, 2008. In the two weeks since issuance of such instruction, these attorneys have failed to take any steps to either seek admission or to withdraw from this matter. Counsel shall promptly remedy such or appear on

October 23, 2008, and show cause why they should not be stricken of counsel of record.

While the time for doing so has not expired, the court notes that a new CIAC has not yet been filed. (The deadline is October 19, 2008.) Respective counsel are advised that Local Civil Rule 16.1(E)(1) was specifically written for cases such as this which are transferred after entry of a Pretrial Order in another district:

> **(E)** *Joinder of the Issues and Outstanding Discovery in Removed or Transferred Cases.*
> **(1)** *Procedure Where Issues Already Joined.* In a removed or transferred case in which issues joined prior to removal or transfer, the parties shall conduct an Initial Attorneys Conference ("IAC") in this district and file the Certificate of Initial Attorneys Conference ("CIAC") within the time provided by Subsection (A), supra. The time for doing so shall be measured from the date the removed or transferred action is filed in this district.

L.Cv.R. 16.1(E)(1). The reason for such requirement is that a Pretrial Order entered in one district may not be appropriate in another district. This appears to be the case here inasmuch as this court will resolve this case within 12 months of joinder of the issues, making case resolution due in June 2009.

**ORDER**

**IT IS, THEREFORE, ORDERED** that previously noticed counsel file

appropriate motions not later than the close of business on October 22, 2008. Any attorney who does not make such filing within the time allowed will be summarily stricken as counsel of record.

Signed: October 15, 2008

_____
Dennis L. Howell
United States Magistrate Judge