# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08 CV 027

| | |
|---|---|
| EVERETT JACKSON AMBURN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| SPECIALIZED BICYCLE COMPONENTS, ) | |
| INC.; MARZOCCHI, S.P.A.; and ) | |
| MARZOCCHI USA, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on Wyatt Shorter Stevens' Application for Admission to Practice *Pro Hac Vice* of Kathryn A. Westberry. It appearing that Kathryn A. Westberry is a member in good standing with the Georgia Bar and will be appearing with Wyatt Shorter Stevens, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Wyatt Shorter Stevens' Application for Admission to Practice *Pro Hac Vice* (#33) of Kathryn A. Westberry is **GRANTED**, and that Kathryn A. Westberry is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Wyatt Shorter Stevens.

Signed: October 20, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge