**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:08 CV 027**

| | | |
|---|---|---|
| EVERETT JACKSON AMBURN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| SPECIALIZED BICYCLE COMPONENTS, INC.; MARZOCCHI, S.P.A.; and MARZOCCHI USA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Wyatt Shorter Stevens' Application for Admission to Practice *Pro Hac Vice* of Stevan Anthony Miller. It appearing that Stevan Anthony Miller is a member in good standing with the Georgia Bar and will be appearing with Waytt Shorter Stevens, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Wyatt Shorter Stevens' Application for Admission to Practice *Pro Hac Vice* (#32) of Stevan Anthony Miller is **GRANTED**, and that Stevan Anthony Miller is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Wyatt Shorter Stevens.

Signed: October 20, 2008

Dennis L. Howell
United States Magistrate Judge