# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08 CV 027

| | |
|---|---|
| EVERETT JACKSON AMBURN, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>SPECIALIZED BICYCLE COMPONENTS, )<br>INC.; MARZOCCHI, S.P.A.; and )<br>MARZOCCHI USA, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on Teresa E. Lazzaroni's Application for Admission to Practice *Pro Hac Vice* of W. Wright Dempsey, Jr. It appearing that W. Wright Dempsey, Jr. is a member in good standing with the Georgia Bar and will be appearing with Teresa E. Lazzaroni, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Teresa E. Lazzaroni's Application for Admission to Practice *Pro Hac Vice* (#35) of W. Wright Dempsey, Jr. is **GRANTED**, and that W. Wright Dempsey, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Teresa E. Lazzaroni.

Signed: October 20, 2008

Dennis L. Howell
United States Magistrate Judge