# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08 CV 027

| | |
|---|---|
| EVERETT JACKSON AMBURN,  )<br>   )<br>    Plaintiff  )<br>   )<br> V  )<br>   )<br> SPECIALIZED BICYCLE COMPONENTS, )<br> INC.; MARZOCCHI, S.P.A.; and  )<br> MARZOCCHI USA,  )<br>   )<br>    Defendants.  ) | **ORDER** |

**THIS MATTER** is before the court on James Kimzey's Application for Admission to Practice *Pro Hac Vice* of Jeffrey R. Harris. It appearing that Jeffrey R. Harris is a member in good standing with the Georgia Bar and will be appearing with James Kimzey, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James Kimzey's Application for Admission to Practice *Pro Hac Vice* (#44) of Jeffrey R. Harris is **GRANTED**, and that Jeffrey R. Harris is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James Kimzey.

Signed: October 23, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge