# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08cv27

| | | |
|---|---|---|
| **EVERETT JACKSON AMBURN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **SPECIALIZED BICYCLE COMPONENTS, INC.; MARZOCCHI, S.p.A.; and MARZOCCHI USA,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiff's Notice of Voluntary Dismissal. Review of such notice reveals that it is not in compliance with the requirements of Rule 41(a), Federal Rules of Civil Procedure, and is therefore ineffective. In addition, as the court understands this action, not only are there claims between plaintiff and defendants, there are crossclaims between defendants; thus, plaintiff is without authority to unilaterally dismiss this action. The court will strike this notice, and set this matter for trial and a final pretrial conference.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Notice of Voluntary Dismissal is **STRICKEN**, and this matter is set for a final pretrial conference in Asheville on

-1-

March 25, 2010, in Asheville at 10:00 a.m. and trial commencing April 12, 2010, at 9:30 a.m. in the United States Courthouse in Bryson City, North Carolina.

Signed: February 3, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge